IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

BRUCE DANIELS,                                              CV. 06-1021-HU

        Petitioner,                                          ORDER

  v.

J.E. THOMAS,

        Respondent.

HAGGERTY, Judge

    Petitioner's motion to voluntarily dismiss (#34) is GRANTED. This proceeding is DISMISSED, without prejudice.

    IT IS SO ORDERED.

    DATED this 4th day of November, 2008.

                                         /s/ Ancer L. Haggerty
                                         Ancer L. Haggerty
                                         United States District Judge

1 -- ORDER